Dismissed and Memorandum Opinion filed January 29, 2009








Dismissed
and Memorandum Opinion filed January 29, 2009.

 

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00874-CV

____________

 

AOP AVIATION, INC., Appellant

 

V.

 

AIR TECHNOLOGY ENGINES, INC., Appellee

 



 

On Appeal from the
80th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-64452

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 11, 2008.  On January 14, 2009, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.